Order issued September *14* , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00853-CR

**DERWIN DWIGHT MOORE, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **GRANTS** court reporter Debi Harris's September 7, 2012 motion for extension of time to file reporter's record.

We **ORDER** Ms. Harris to file the reporter's record within **THIRTY DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE